UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JUAN RAMON DOMINGUEZ VELOZ,

Petitioner,

v. Case No.: 2:26-cv-02313-SPC-NPM

DAVID HARDIN *et al.*,

Respondents.

______________________________/

**OPINION AND ORDER**

Before the Court are Juan Ramon Dominguez Veloz's Petition for Writ of Habeas Corpus (Doc. 1) and the government's response (Doc. 3).

Dominguez Veloz, a noncitizen in immigration detention, sought habeas relief from this Court in *Dominguez Veloz v. Mullin*, M.D. Fla. Case No. 2:26-cv-1118-SPC-KCD. The Court granted the petition in part and ordered the respondents to either bring Dominguez Veloz before an immigration judge for a bond hearing or release Dominguez Veloz from custody. On May 7, 2026, an immigration judge found Dominguez Veloz to be a danger to the community and a flight risk and denied release on bond. (Doc. 3-1 at 26).

In response, the government certifies it is detaining Dominguez Veloz under 8 U.S.C. § 1226(c) due to an arrest and pending state charge for petit theft. Dominguez Veloz challenges the legality of his continued detention

under the framework set out in *Sopo v. U.S. Attorney General*, 825 F.3d 1199 (11th Cir. 2016). But even if the Court granted Dominguez Veloz's *Sopo* claim, the proper relief would be an individualized bond hearing. Because Dominguez Veloz already received a bond hearing, he is not entitled to additional habeas relief on any ground raised in his petition.

Accordingly, Dominguez Veloz's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on August 25, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties or Record